IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: | MDL Docket No 04-1606 VRW |
| DEEP VEIN THROMBOSIS | ORDER |

This Document Relates To:

04-0412   VRW
_____/

      Plaintiff, defendant Weber Aircraft LP (Weber) and defendant Embraer Aircraft Holding, Inc (Embraer) have filed stipulations of dismissal without prejudice of all claims against Weber and Embraer pursuant to FRCP 41(a)(1)(ii).  Docs ##47, 48. Weber and Embraer are the only named defendants remaining in this action; the remaining 50 defendants are identified as DOE defendants.  Accordingly, the remaining unnamed defendants are

//
//
//
//
//

**DISMISSED without prejudice.  The clerk is DIRECTED to close the file and TERMINATE all motions.**

    SO ORDERED.



    VAUGHN R WALKER

    United States District Chief Judge