LAW OFFICES OF
**O'REILLY & DANKO**
A PROFESSIONAL CORPORATION

TERRY O'REILLY 045712
MICHAEL S. DANKO 111359
STEPHEN J. PURTILL 100102
KRISTINE K. MEREDITH 158243
SCOTT D. PEEBLES 227493
MARY BETH O'CONNOR 228591
OF COUNSEL
GARY L. SIMMS 096239

1900 O'FARRELL STREET, SUITE 360
SAN MATEO, CALIFORNIA 94403
TELEPHONE (650) 358-5901
FACSIMILE (650) 358-2575

ATTORNEYS FOR PLAINTIFF



IT IS SO ORDERED
Judge Vaughn R Walker
March 4, 2008

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN Re:<br>DEEP VEIN THROMBOSIS | MDL Docket No. 04-1606 VRW |
| This Document Relates to:<br>*Gupta v. American Airlines, Inc.;*<br>Case No. 04-0412 VRW | **STIPULATION OF DISMISSAL** |

 IT IS HEREBY STIPULATED by and between the parties to this action that the above-captioned action be and hereby is dismissed with prejudice, with each party to bear its own costs and attorney's fees.

DATED: January 31st, 2008                   _____
                                            Varun Gupta

-1-
Stipulation of Dismissal
C 04-1606 VRW, relates to Gupta v. American Airlines, Inc. Et al. C 04-0412 VRW

DATED: ~~January~~ Feb 1, 2008     O'REILLY & DANKO

_____
Michael S. Danko
Attorneys for Plaintiff Varun Gupta


DATED: January ___, 2008     KENNEY & MARKOWITZ LLP

_____
Stephen C. Kenney
Attorney for Defendant American Airlines

LAW OFFICES OF
**O'REILLY & DANKO**
A PROFESSIONAL CORPORATION
1900 O'FARRELL STREET, SUITE 360
SAN MATEO, CA 94403
TELEPHONE (650) 358-5901

-2-
Stipulation of Dismissal
C 04-1606 VRW, relates to Gupta v. American Airlines, Inc. Et al. C 04-0412 VRW

1

2  DATED: January ___, 2008        O'REILLY & DANKO

3
   _____
4  Michael S. Danko
   Attorneys for Plaintiff Varun Gupta
5

6

7  DATED: February 25, 2008        KENNEY & MARKOWITZ LLP

8  *[signature]*

9  _____
   Samantha Davies Hilton, Esq.
   Attorney for Defendant American Airlines
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

LAW OFFICES OF
O'REILLY & DANKO
A PROFESSIONAL CORPORATION
1900 O'FARRELL STREET, SUITE 460
SAN MATEO, CA 94403
TELEPHONE (650) 358-5901

-2-
Stipulation of Dismissal
C 04-1606 VRW, relates to Gupta v. American Airlines, Inc. Et al. C 04-0412 VRW